UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:10-cv-23875-AJ

JOSÉ BARRERA

    Plaintiff,

    vs.

ASSET MANAGEMENT OUTSOURCING

    Defendant

## STIPULATION OF DISMISSAL

AND NOW, this 6th day of January, 2011, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff

Law Office James J. Gallagher

BY: /s/ *Valerie E. Pitt*
Valerie E. Pitt, Esquire
Attorney for Defendant