UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-23875-CIV-JORDAN

| | |
|---|---|
| JOSE BARRERA, | ) |
| Plaintiffs | ) ) ) |
| vs. | ) ) |
| ASSET MANAGEMENT OUTSOURCING, INC. | ) ) ) |
| Defendant | ) ) |

**ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE**

In light of the stipulation of dismissal [D.E. 15], this case is DISMISSED WITH PREJUDICE, each party to its own costs and fees.

If the parties intend to request that the Court retain jurisdiction to enforce any settlement agreement, a copy of the agreement must also be filed with the clerk in the public record. If the settlement agreement contains confidential or proprietary information that the parties wish to redact, a redacted copy of the agreement must be filed in the public record. In that case, the parties must submit an unredacted copy of the agreement to chambers for *in camera* review.

Any and all pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 10th day of January, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:    All Counsel of Record